LARRY L. BAUMBACH
State Bar No. 50086
LAW OFFICES OF LARRY L. BAUMBACH
686 Rio Lindo Avenue
Chico, CA 95926
Telephone: 530-891-6222

Attorney for Plaintiff
DAVID LINN POWELL


LEONARD G. KRUP
State Bar No. 49572
510 W. Wood Street
Willows, CA 95988
Telephone: 530-798-5022

Attorney for Defendant
CITY OF ORLAND


DENNIS HALSEY, State Bar No. 66091
MICHAEL W. HALSEY, State Bar No. 274071
Law Offices of Dennis Halsey
9 Highland Circle
Chico, CA 95926
Telephone: 530-345-1976

Attorneys for Defendants
IAN AYRES and ZACHERY LOPETEGUY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LINN POWELL<br>            Plaintiff,<br><br>    vs.<br><br>CITY OF ORLAND; ORLAND POLICE OFFICER, IAN AYRES, BADGE #510; ORLAND POLICE OFFICER, ZACHARY LOPETEGUY, BADGE #507; and DOES 1 through 100, Inclusive,<br>            Defendants.<br>_____<br>/ | Case No.:   2:13-CV-01774-WBS-KJN<br><br>**STIPULATION FOR DISMISSAL AND ORDER**<br><br>**The Honorable William B. Shubb** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, DAVID LINN POWELL and Defendants, CITY OF ORLAND, IAN AYRES and ZACHARY LOPETEGUY, by and through their undersigned counsel that all of the claims by Plaintiff alleged against Defendants CITY OF ORLAND, IAN AYRES and ZACHARY LOPETEGUY be dismissed with prejudice, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: January 16, 2015                LAW OFFICE OF LARRY L. BAUMBACH

                                       By /s/ Larry L. Baumbach
                                          Larry L. Baumbach
                                          Attorney for Plaintiff

Dated: January 16, 2015

                                       By /s/ Leonard G. Krup
                                          Leonard G. Krup
                                          Attorney for City of Orland

Dated: January 16, 2015                LAW OFFICES OF DENNIS HALSEY

                                       By /s/ Dennis Halsey
                                          Dennis Halsey
                                          Attorney for Ian Ayres and
                                          Zachary Lopeteguy

## ORDER

IT IS SO ORDERED.

Dated: _____

_____
Honorable William B. Shubb
Judge of the United States District Court
Eastern District of California