| | |
|---|---|
| 1 | LARRY L. BAUMBACH |
| | State Bar No. 50086 |
| | LAW OFFICES OF LARRY L. BAUMBACH |
| 2 | 686 Rio Lindo Avenue |
| | Chico, CA 95926 |
| 3 | Telephone: 530-891-6222 |
| 4 | Attorney for Plaintiff |
| | DAVID LINN POWELL |
| 5 | |
| 6 | LEONARD G. KRUP |
| | State Bar No. 49572 |
| 7 | 510 W. Wood Street |
| | Willows, CA  95988 |
| 8 | Telephone:  530-798-5022 |
| 9 | Attorney for Defendant |
| | CITY OF ORLAND |
| 10 | |
| 11 | DENNIS HALSEY, State Bar No. 66091 |
| | MICHAEL W. HALSEY, State Bar No. 274071 |
| 12 | Law Offices of Dennis Halsey |
| | 9 Highland Circle |
| 13 | Chico, CA  95926 |
| | Telephone:  530-345-1976 |
| 14 | |
| | Attorneys for Defendants |
| 15 | IAN AYRES and ZACHERY LOPETEGUY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LINN POWELL | Case No.:   2:13-CV-01774-WBS-KJN |
| Plaintiff, | |
| | **STIPULATION FOR DISMISSAL AND ORDER** |
| vs. | |
| CITY OF ORLAND; ORLAND POLICE OFFICER, IAN AYRES, BADGE #510; ORLAND POLICE OFFICER, ZACHARY LOPETEGUY, BADGE #507; and DOES 1 through 100, Inclusive, | **The Honorable William B. Shubb** |
| Defendants. | |
| _____/ | |

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, DAVID LINN
2 POWELL and Defendants, CITY OF ORLAND, IAN AYRES and ZACHARY LOPETEGUY,
3 by and through their undersigned counsel that all of the claims by Plaintiff alleged against
4 Defendants CITY OF ORLAND, IAN AYRES and ZACHARY LOPETEGUY be dismissed
5 with prejudice, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with
6 each party to bear their own attorneys' fees and costs.
7  IT IS SO STIPULATED.

8 Dated:  January 16, 2015                    LAW OFFICE OF LARRY L. BAUMBACH

10                                            By  /s/ Larry L. Baumbach
                                                  Larry L. Baumbach
                                                  Attorney for Plaintiff

12 Dated:  January 16, 2015

13                                            By  /s/ Leonard G. Krup
                                                  Leonard G. Krup
14                                                Attorney for City of Orland

15 Dated:  January 16, 2015                   LAW OFFICES OF DENNIS HALSEY

17                                            By  /s/ Dennis Halsey
                                                  Dennis Halsey
                                                  Attorney for Ian Ayres and
18                                                Zachary Lopeteguy

## ORDER

23  IT IS SO ORDERED.
24 Dated:  January 20, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR DISMISSAL AND ORDER